UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISMAIL IBN SMITH,<br><br>                    Plaintiff,<br><br>          -against-<br><br>ERIC ADAMS, ET AL.,<br><br>                    Defendants. | 24-CV-8879 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

On June 12, 2025, the Court received a letter from Plaintiff, advising the Court that he wishes to withdraw this action. (ECF 7.) The Federal Rules of Civil Procedure allow a plaintiff voluntarily to dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A).[1] Defendants have not been served and have not appeared. Accordingly, based on Plaintiff's notice, this action is voluntarily dismissed under Rule 41(a). The Clerk of Court is directed to terminate any pending applications and close this case.

SO ORDERED.

Dated:   July 30, 2025
         New York, New York

                                        _Louis L. Stanton_
                                        Louis L. Stanton
                                        U.S.D.J.

---

[1] A voluntary dismissal under Rule 41(a) is without prejudice. "But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).